IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20794
Summary Calendar
_____

SUSAN J. URBAN,

                              Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-4142
- - - - - - - - - -
February 13, 1997
Before SMITH, DUHE' and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Susan J. Urban appeals the district court's decision in

favor of the Commissioner, denying her disability insurance

benefits and Supplemental Security Income.  Urban argues that the

Commissioner's decision is not supported by substantial evidence

and that the Commissioner failed to apply the correct legal

standards.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The Commissioner applied the proper legal standards in denying benefits to Urban.  See 20 C.F.R. §§ 404.1520, 416.920 (1995); Leggett v. Chater, 67 F.3d 558, 563 n.2 (5th Cir. 1995). Further, a review of the record reflects substantial evidence supporting the Commissioner's decision.  See Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995).

Urban's "Amended Motion for Remand Based on Incompetence of Defendant's Expert Witness" is DENIED.

AFFIRMED.